of Massachusetts, County of Suffolk, denied. *Mr. Lawrence E. Green* for petitioners. *Messrs. Paul A. Dever* and *Edward O. Proctor* for respondent.

No. 149. MURPHY *v.* KENTON COUNTY BAR ASSOCIATION EX REL. FINNEGAN ET AL. October 10, 1938. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Mr. S. H. Brown* for petitioner. *Mr. Harry Brent Mackay* for respondents.

Nos. 152 and 153. SECURITIES ALLIED CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mabel Walker Willebrandt* for petitioner. *Acting Solicitor General Townsend, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *L. W. Post* for respondent.

No. 155. EDELSTEIN *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. David P. Siegel* for petitioner. *Acting Solicitor General Townsend,* and *Messrs. Hugh A. Fisher, William W. Barron,* and *W. Marvin Smith* for the United States.

No. 156. MISSOURI PACIFIC R. Co. *v.* GRAVES. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Thomas J. Cole* for petitioner. *Mr. Wendell W. McCanles* for respondent.